UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALERY KATSNELSON,<br><br>                          Plaintiff,<br><br>    -against-<br><br>DEPARTMENT OF HOMELESS SERVICES, NYC,<br><br>                         Defendant. | 24-CV-3458 (LTS)<br><br>CIVIL JUDGMENT |

    By order dated June 21, 2024, the Court dismissed the complaint for failure to state a claim on which relief may be granted, and granted Plaintiff 30 days to file an amended complaint. (ECF 5.) That order alerted Plaintiff that failure to file an amended complaint within the time allowed would result in entry of a civil judgment. Plaintiff has not filed an amended complaint. Pursuant to the order issued June 21, 2024, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   September 3, 2024
             New York, New York

                                                          /s/ Laura Taylor Swain
                                                             LAURA TAYLOR SWAIN
                                                      Chief United States District Judge